# UNITED STATES DISTRICT COURT

__SOUTHERN__ DISTRICT OF __TEXAS__

UNITED STATES OF AMERICA
V.

Ruben James RIOS
YOB: 1986
U.S. Citizen

United States District Court
Southern District of Texas
FILED

MAY 28 2015

Clerk of Court

**CRIMINAL COMPLAINT**

Case Number: M-15-0851-M

I, the undersigned complainant state that the following is true and correct to the best of my Knowledge and belief. On or about __May 23, 2015__ (Date) in __Hidalgo__ County, in the __Southern__ District of __Texas__ Defendant(s) did,

Receive child pornography

in violation of Title __18__ United States Code, Section(s) __2252 A (a)(2)(A)__.

I further state that I am a(n) __Special Agent__ (Official Title) And that this complaint is based on the following facts:

See Attachment "A"

Continued on the attached sheet and made a part of this complaint: ☒ Yes ☐ No

Approved to file [signature] AUSA

_/s/ Jean-Paul_
Signature of Complainant

Jean-Paul Reneau, HSI Special Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

Date: 5/28/2015    At   McAllen, Texas
                        City and State

U.S. Magistrate Judge, Dorina Ramos
Name and Title of Judicial Officer

_/s/ Dorina Ramos_
Signature of Judicial Officer

Attachment "A"

On February 8, 2015, at approximately 2:25 p.m., Department of Homeland Security Investigations (HSI) special agent (SA) Richard Ullrich began an internet investigation to identify person(s) using peer-to-peer (P2P) software on the internet to traffic child pornography. SA Ullrich identified a computer, located at IP (internet protocol) 67.10.79.64 as offering to participate in the distribution of movies with titles that were suggestive of child pornography. Several movies were viewed and observed to meet the federal definition of child pornography.

Further investigation performed on IP 67.10.79.64 revealed that the same IP address was utilized from the Navarro Residence in San Juan, Texas. On May 27, 2015, HSI special agents executed a federal search warrant in San Juan, Texas. The search warrant was executed without incident resulting in the seizure of 6 computers and various media storage devices.

Special agents made contact with four (4) adults residing in the residence including Ruben James RIOS. RIOS who lived in a converted garage of the residence was read his Miranda Rights in English and waived those rights orally and in writing and agreed to speak to Special Agents without an attorney present.

During the subsequent interview, RIOS informed HSI special agents that he was currently in possession of child pornography within his computer. RIOS stated that he would typically delete the movies and images after downloading them; however he did save some movies and images on a flash drive.

An on-site preliminary computer forensic review was conducted by HSI special agents. During the review, HSI special agents observed videos depicting child pornography stored on a flash drive located in RIOS'S bedroom. RIOS admitted to special agents that he did in fact download and receive child pornography from the Internet, and was in fact in possession of child pornography on his computer and flash drives. RIOS stated that he was aware that it was illegal to download, receive and possess child pornography.

Assistant United States Attorney Kim Leo was briefed regarding the aforementioned and Federal Prosecution was accepted.