UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| *versus* | § | Case No. 7:15−mj−00851 |
| | § | |
| Ruben James Rios | § | |

**ORDER OF TEMPORARY DETENTION**
**PENDING HEARING PURSUANT TO BAIL REFORM ACT**

Upon motion of the GOVERNMENT, it is ORDERED that a detention hearing is set for June 2, 2015 at 11:30 AM before United States Magistrate Judge Dorina Ramos at 1701 W. Bus. Hwy. 83, McAllen, Texas 78501. Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for this hearing.

_____
Dorina Ramos
United States Magistrate Judge

Date of order: **May 28, 2015**